IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

KERRI A. WARREN,

    Petitioner,　　　　　　　　Civ. No. 12-cv-01315-CL

v.　　　　　　　　　　　　　　**ORDER**

CAROLYN W. COLVIN,

    Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Respondent filed objections, petitioner filed a response to respondent's objections, and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus.

1 - ORDER

Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#24). The decision of the administrative law judge is affirmed and the case is dismissed.

IT IS SO ORDERED.

DATED this __10__ day of December, 2013.

*Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER